IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ETHAN RAMOS,   )<br>　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　)<br>　　　　　　　　　　　　)<br>　v.　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>WARDEN BUTLER, et al., )<br>　　　　　　　　　　　　)<br>　　Defendants.　　　　　) | CIVIL ACTION NO.<br>2:20cv645-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute this action and comply with the orders of the court.

(3) The motion for preliminary injunction (doc. no. 2) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of November, 2020.

                                            /s/ Myron H. Thompson  
                                          UNITED STATES DISTRICT JUDGE